388 P.3d 50

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Amanda BIRNBAUM, Defendant–Appellant**

**NO. CAAP–15–0000518**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, October 24, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (CASE NO. 1DTA–15–00158)

MEMORANDUM OPINION

Affirmed.

388 P.3d 50

**INDYMAC VENTURE, LLC, Plaintiff–Appellant,**

v.

**Richard Charles HILLIARD; Patricia Dian Hilliard; Honolua Ridge, LLC; Plantation Estates Lot Owners' Association; Pacific Source, Inc., Defendants–Appellees,**

and

**John and Mary Does 1–20; Doe Partnerships, Corporations or Other Entities 1–20, Defendants,**

and

**Gary Passon, Intervenor–Appellee**

**NO. CAAP–13–0001701**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, October 25, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 11–1–0390(2))

SUMMARY DISPOSITION ORDER

Vacate. Remand.

388 P.3d 50

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Ross COLLINS, also known as Rip Collins, Defendant–Appellant**

**NO. CAAP–13–0002691**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, October 25, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR NO. 13–1–0133)

SUMMARY DISPOSITION ORDER

Affirmed.